UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JONATHAN M. JARRY, </br></br> Plaintiff, </br></br> v. </br></br> F.B.I. BOSTON FIELD OFFICE, et al., </br></br> Defendants. | ) </br> ) </br> ) </br> ) Civil Action No. 23-12062-AK </br> ) </br> ) </br> ) </br> ) </br> ) |

**MEMORANDUM AND ORDER**

**A. KELLEY, D.J.**

The Court finds that the Plaintiff Jonathan Jarry is unable to pay the filing fee and **ALLOWS** the motion to proceed *in forma pauperis* (Dkt. 2).  Because the Jarry is proceeding *in forma pauperis*, this Court must dismiss the Complaint if the action is frivolous.  28 U.S.C. § 1915(e)(2)(B)(i).  "A claim is frivolous . . . 'if the facts alleged are clearly baseless, a category encompassing allegations that are fanciful, fantastic, and delusional.'"  Miller v. Kennebec Cnty. Sheriff's Dept., 54 F.3d 764 (1st Cir. 1995) (quoting Denton v. Hernandez, 112 S. Ct. 1728, 1733 (1992) (quotations and citations omitted).  Construing the Complaint (Dkt. 1) and later filed Statement of Facts (Dkt. 6) together, Jarry makes broad, implausibly pleaded claims of federal and state government actors (including the United States Army, the President of the United States, and the Governor of Massachusetts, among others) engaged in attempted murder against him, including poisoning by "Beetle Elixir Project" and attempts made on his life "electronically," among other things.  [Dkt. 1 at 4].  While the Court does not doubt the sincerity of Jarry's belief in his claims, his filings read generously still fail to meet the minimal screening

requirements of 28 U.S.C. §1915(e)(2)(B)(i) with respect to the named Defendants (the Federal Bureau of Investigation and four agents).  It is "crystal clear that the plaintiff cannot prevail and that amending the complaint would be futile," Chute v. Walker, 281 F.3d 314, 319 (1st Cir. 2002), as to the named Defendants.  Therefore, this action is **DISMISSED** without prejudice pursuant to 28 U.S.C. §1915(e)(2)(B)(i).  The Court is aware that this is Jarry's second action against these same Defendants.  See Jarry v. FBI Filed Office et al., 23-cv-11128-MJJ (dismissed for failure to submit an amended complaint).  That action was dismissed after Jarry failed to file an amended complaint.  Id.  Jarry is warned that future filing of frivolous actions or engaging in a pattern of failing to comply with court orders may result in sanctions, including, but not limited to enjoinment from filing future actions in this district and/or monetary sanctions.  The Clerk is directed to enter a separate order of dismissal and **CLOSE** this action.

    **SO ORDERED.**

**Dated: 10/24/2023**

                                                   /s/ Angel Kelley  
                                                  Hon. Angel Kelley  
                                                  United States District Judge